UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>EUGENE ROBERT OTTING,<br><br>                   Defendant. | CASE NO. MJ25-228<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant made an initial appearance after being arrested on a warrant issued by the Eastern District of Kentucky for alleged violations of conditions of supervised release. The United States Probation and Pretrial Office indicates the warrant was issued after Defendant failed to appear for a court hearing and that he has been on abscond status for the last 20 months. Defendant requested his formal detention hearing be reserved to his home district.

It is therefore **ORDERED**:

DETENTION ORDER - 1

1       (1)     Defendant shall be detained pending trial and committed to the custody of the

2   Attorney General for confinement in a correctional facility separate, to the extent practicable,

3   from persons awaiting or serving sentences, or being held in custody pending appeal;

4       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

5   counsel;

6       (3)     On order of a court of the United States or on request of an attorney for the

7   Government, the person in charge of the correctional facility in which Defendant is confined

8   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

9   connection with a court proceeding; and

10      (4)     The Clerk shall provide copies of this order to all counsel, the United States

11  Marshal, and to the United States Probation and Pretrial Services Officer.

12      DATED this 21st day of April, 2025.

13

14                                                          _____
                                                            BRIAN A. TSUCHIDA
15                                                          United States Magistrate Judge

16  e

17

18

19

20

21

22

23

DETENTION ORDER - 2